JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JENNIFER LANDRY,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | No. SA CV 25-01210-DFM<br><br>ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND REQUIRING FILING OF DISMISSAL |

On July 25, 2025, Plaintiff filed a Notice of Settlement, indicating that the parties have reached a settlement and stating that dispositional documents will be filed. See Dkt. 9. Accordingly, the Court hereby orders all proceedings in this case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause within **sixty (60) days**, to reopen the action if settlement is not consummated.

The parties shall file a stipulation for dismissal no later than **September 22, 2025**. If no dismissal is filed, the Court will deem the matter dismissed at that time.

The Court retains full jurisdiction over this action, and this order shall not prejudice any party in the action.

Date: July 28, 2025

DOUGLAS F. McCORMICK
United States Magistrate Judge